IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Davis, Marlene A | Case Number: 06 B 09746 |
| | Judge: Wedoff, Eugene R |
| Printed: 1/15/08 | Filed: 10/24/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: November 29, 2007
Confirmed: December 14, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,840.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,751.68 |
| Trustee Fee: | | 88.32 |
| Other Funds: | | 0.00 |
| Totals: | 1,840.00 | 1,840.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Melvin J Kaplan Esq | Administrative | 3,000.00 | 1,751.68 |
| 2. | National City Mortgage Co | Secured | 0.00 | 0.00 |
| 3. | Illinois Lending Corporation | Unsecured | 662.12 | 0.00 |
| 4. | Resurgent Capital Services | Unsecured | 1,523.29 | 0.00 |
| 5. | AmeriCash Loans, LLC | Unsecured | 717.15 | 0.00 |
| 6. | ECast Settlement Corp | Unsecured | 10,329.97 | 0.00 |
| 7. | World Financial Network Nat'l | Unsecured | 1,348.78 | 0.00 |
| 8. | First Mutual Bank | Secured | | No Claim Filed |
| 9. | Columbus Bank & Trust | Unsecured | | No Claim Filed |
| 10. | Pay Day Loans | Unsecured | | No Claim Filed |
| 11. | GE Money Bank | Unsecured | | No Claim Filed |
| 12. | J C Penney Co Inc | Unsecured | | No Claim Filed |
| 13. | Macy's Visa | Unsecured | | No Claim Filed |
| 14. | Old Navy | Unsecured | | No Claim Filed |
| 15. | Spirit Of America Nat'l Ban | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 17,581.31 | $ 1,751.68 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 88.32 |
| | _____ |
| | $ 88.32 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Davis, Marlene A | Case Number: 06 B 09746 |
| | Judge: Wedoff, Eugene R |
| Printed: 1/15/08 | Filed: 10/24/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

